IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| HENRY HUNT, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>RICK BAILEY and HOOAH SECURITY SERVICES, LLC<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 17-cv-02449-JPM-tpm |

**ORDER APPROVING RESOLUTION OF FLSA CLAIMS**

**AND**

**ORDER DISMISSING CLAIMS WITH PREJUDICE**

Before the Court is the parties' Joint Response to the Court's Order to Show Cause, filed February 7, 2018. (ECF No. 22.) The Court has reviewed the Proposed Settlement Agreement (ECF No. 22-1) and had previously discussed the terms of the settlement with the parties during the telephonic status conference held on January 2, 2018.

The Court finds the proposed agreement's terms to be fair and reasonable. Specifically, the Court finds (1) no existence of fraud or collusion behind the settlement based upon the representation of counsel; (2) the case is not complex, but it would be financially burdensome for the parties to proceed further with the case; (3) the settlement was reached with some discovery still remaining; (4) Plaintiffs may not prevail at all or may recover less than they are seeking; (5) the settlement amount is reasonable given the range of likely recovery at trial; and (6) each opt-in plaintiff has agreed to the settlement after a thorough

review with counsel, and both parties' counsel agree that the settlement is fair and reasonable. See Dees v. Hydradry, Inc., 706 F. Supp. 2d 1227, 1241 (M.D. Fla. 2010); Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354 (11th Cir. 1982).  The Court also finds that the lack of restrictive confidentiality provisions, the settlement amounts indicated, and the amount of attorney's fees in the proposed settlement agreement meet the remedial purpose underlying the FLSA.  Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2nd Cir. 2015). Accordingly, the parties' Motion for Order Approving Resolution of FLSA Claim (ECF No. 17) is GRANTED in light of the newly proposed settlement agreement (ECF No. 22-1).

Pursuant to the parties' joint motion and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is hereby DISMISSED WITH PREJUDICE.

**SO ORDERED**, this 8th day of February, 2018.

                                        /s/ Jon P. McCalla
                                        JON P. McCALLA
                                        UNITED STATES DISTRICT JUDGE